

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00397-CV

| | | |
|---|---|---|
| JOHN RUSHING, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-305062-18) |
| V. | § | February 9, 2023 |
| DIVINE HOMES, LLC D/B/A AXIOM BUILDERS, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant John Rushing shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker